IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AUSTIN STRACENER**  **PLAINTIFF**
**ADC # 172462**

v.  Case No. 3:22-CV-270-LPR

**STEVEN DAVIS, et al.**  **DEFENDANTS**

## ORDER

Austin Stracener has not responded to the Court's October 21, 2022 Order directing him to either pay the $402 statutory filing fee or file a Motion to Proceed *In Forma Pauperis* within 30 days. (Doc. 2.) The Court warned Mr. Stracener that his failure to do one or the other could result in the dismissal of his Complaint without prejudice. (*Id*.) Despite this warning, Mr. Stracener has not paid the filing fee, filed a Motion to Proceed *In Forma Pauperis*, or otherwise responded to the Court's October 21 Order.

Rule 5.5(c)(2) of the Local Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. . . . If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

Because Mr. Stracener has failed to respond to (let alone comply with) the October 21 Order, his Complaint is DISMISSED without prejudice for failure to prosecute. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE