# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**AUSTIN STRACENER**                                                         **PLAINTIFF**
**ADC # 172462**

v.                          **Case No. 3:22-CV-270-LPR**

**STEVEN DAVIS, et al.**                                              **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Austin Stracener's Complaint is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 6th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE